UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cr-137-MOC-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DANIEL HERNANDEZ-ZAMORA,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on Defendant's Motion for Early Termination of Probation/Supervised Release. (Doc. No. 96). The Court ordered a response from the Government on November 5, 2024. The Government has responded, indicating that it does not oppose the relief sought, and noting that Defendant's probation officer states that Defendant is compliant with the terms of his supervised release and has successfully completed three years of his five–year term. Moreover, he is under administrative supervision on the probation office's "low risk" case load. Based on the entirety of the record, the Court determines that defendant qualifies for early termination and enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Early Termination of Probation/Supervised Release, (Doc. No. 96) is **GRANTED**, and Defendant's supervised release is hereby terminated.

Signed: December 9, 2024

Max O. Cogburn Jr.
United States District Judge